IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JERMAINE DRAYTON,

  Plaintiff,

v.             CIVIL ACTION NO.: CV209-030

JEFF EGAN, Probation Officer;
AMANDA WILLIAMS; STEVEN
KELLEY, District Attorney; and
CLIFFORD KENNEDY, Superintendent,

  Defendants.

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, without prejudice. If Plaintiff desires to proceed with this action he must re-submit his complaint along with the full filing fee. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 19th day of June, 2009.

            HONORABLE LISA GODBEY WOOD
            UNITED STATES DISTRICT JUDGE